[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JANUARY 30, 2006
THOMAS K. KAHN
CLERK

No. 05-12406
Non-Argument Calendar
_____

D. C. Docket No. 05-21039-CV-JAL

JOHANNA GARCIA,

                                                                    Plaintiff-Appellant,

          versus

DMX, Al & Eve,

                                                                    Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(January 30, 2006)**

Before DUBINA, HULL and HILL, Circuit Judges.

PER CURIAM:

     We have carefully reviewed the record, the order of the district court, and

the brief prepared and filed on behalf of appellant by court-appointed counsel,

whose diligence in presenting appellant's position is appreciated.

However, finding no error in the Order of Dismissal dated and filed April 18, 2005, we conclude that the said order should be and is

**AFFIRMED.**